UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00482

———

**Kedrien D. Booker,**
*Plaintiff,*

v.

**Iyiola Titilope et al.,**
*Defendants.*

———

## ORDER

Plaintiff, a Texas Department of Criminal Justice prisoner proceeding pro se and in forma pauperis, filed this civil-rights lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss the case without prejudice for the failure to exhaust administrative remedies. Doc. 3 at 5. Plaintiff acknowledged receipt of the report (Doc. 5) but did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice under 28 U.S.C. § 1915A. Any pending motions are denied as moot.

*So ordered by the court on March 4, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -